No. 85–6925.   PICKETT ET AL. *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Cruz* v. *New York, ante,* p. 186.

No. 86–6105.   PUIATTI *v.* FLORIDA.   Sup. Ct. Fla.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Cruz* v. *New York, ante,* p. 186.

No. A–770.   ROBERTS *v.* UNITED STATES.   Application to continue stay and for other relief, presented to JUSTICE POWELL, and by him referred to the Court, denied.   The order heretofore entered by JUSTICE POWELL on April 21, 1987, is vacated.   JUSTICE STEVENS, JUSTICE O'CONNOR, and JUSTICE SCALIA would grant the application.

No. D–614.   IN RE DISBARMENT OF BRIGGS.   Due to mistaken identity, the order entered March 9, 1987 [480 U. S. 914], suspending William Leon Briggs, of Fort Wayne, Ind., from the practice of law in this Court is vacated and the rule to show cause issued on that date is discharged.

No. D–630.   IN RE DISBARMENT OF ALLEN.   It is ordered that William Slater Allen, Jr., of Providence, R. I., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–631.   IN RE DISBARMENT OF BURKE.   It is ordered that Thomas John Burke, of Naperville, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85–1589.   IOWA MUTUAL INSURANCE CO. *v.* LAPLANTE ET AL., 480 U. S. 9.   Motion of respondents to retax costs granted.

No. 86–228.   KUNGYS *v.* UNITED STATES.   C. A. 3d Cir.   [Certiorari granted, 479 U. S. 947.]   Motion of petitioner for leave to file a reply brief to the briefs of the *amici curiae* denied.